# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

UNITED STATES OF AMERICA,

       v.                                  Case No.: 2:20cr82

MORRIS ANDREW BANDER

     Defendant.

## NOTICE OF APPEARANCE

NOTICE is hereby given that Andrew A. Protogyrou will serve as counsel for the Defendant, Morris Andrew Bander, in the above styled matter.

Respectfully Submitted,

MORRIS ANDREW BANDER
By Counsel

_____/s/_____
Andrew A. Protogyrou, Esquire
Virginia State Bar #: 27253
PROTOGYROU LAW P.L.C
125 St Pauls Boulevard, Suite 150
Norfolk, VA 23510
(757) 625-1775
Email: protogyrou@prlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Randy Carl Stoker, Esquire
U. S. Attorney's Office
101 W. Main Street
Suite 8000
Norfolk, Virginia 23510
(757) 441-6331
(757) 441-6689 (fax)
Email: randy.stoker@usdoj.gov

_____/s/_____
Andrew A. Protogyrou, Esquire
Virginia State Bar #: 27253
PROTOGYROU LAW, P.L.C
125 St Pauls Boulevard, Suite 150
Norfolk, VA  23510
Phone: (757) 625-1775
Email: protogyrou@prlaw.org