IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:20CR082 |
| | ) |
| MORRIS ANDREW BANDER, | ) |
| | ) |
| *Defendant.* | ) |

**RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663(a)(1)(A), the defendant is ordered to pay restitution in the total amount of **$892,889.69** jointly and severally with defendant Joseph T. Poling (2:19CR073-001), Raisa N. Ison (2:19CR073-002) and with any other defendants who are ordered to pay restitution for the same losses.

2. Each defendant shall be required to pay up to the full amount imposed against that defendant, unless or until all victims of that defendant have received payment of the full amount of restitution awarded to each victim.

3. Pursuant to 18 U.S.C. § 3664(f)(3)(A), the defendant shall liquidate the real property and improvements located at 311 Ashlawn Drive, Norfolk, Virginia and pay the net proceeds of the sale to the Clerk of the Court for restitution within 180 days of the date of this Order, unless the parties agree to an extension of the deadline in writing. Prior to the closing on 311 Ashlawn Drive, Norfolk, Virginia, the defendant shall cause a copy of the closing document to be provided to the Assistant U.S. Attorneys whose names appear at the end of this Order.

4. The amount of restitution paid to any victim, collectively, shall not exceed the victims' total loss from the offenses of conviction.

5. The Clerk of Court shall forward all restitution payments to the victims' at the addresses provided in the Attachment A to this order.

6. Interest:

    ___✓___ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

7. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic and lump sum payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

8. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

9. If restitution is not paid in full immediately, in addition to complying with the provisions in paragraph 3 above, the defendant shall pay to the Clerk at least $ 100 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

10. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510-1811.

11. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

12. No delinquent or default penalties will be imposed except upon Order of the Court.

13. The Clerk of Court shall distribute the funds to the victims on a pro rata basis.

/s/
John A. Gibney, Jr.
United States District Judge
Honorable John A. Gibney Jr.
United States District Judge

ENTERED this 10th day of Dec, 2021.

at Norfolk, Virginia

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| Jessica D. Aber<br>United States Attorney<br><br>_____<br>Randy C. Stoker<br>Anthony C. Mozzi<br>Assistant United States Attorneys<br>United States Attorney's Office<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510<br>Telephone -757-441-6331<br>randy.stoker@usdoj.gov<br>anthony.mozzi@usdoj.gov | _____<br>Morris A. Bander<br>Defendant<br><br>_____<br>Andrew A. Protogyrou<br>Counsel for Defendant<br>125 St. Paul's Boulevard,<br>Suite 150<br>Norfolk, Virginia 23510<br>Telephone -757-625-1775<br>protogyrou@prlaw.org |

3





## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Walmart | $312,511.40 |
| Petsmart | $312,511.39 |
| Lowes | $53,573.38 |
| Home Depot | $53,573.38 |
| Target | $53,573.38 |
| Auto Zone | $53,573.38 |
| Farm Fresh | $53,573.38 |
| **Total due from defendant:** | **$892,889.69** |